**11/5/2015**                           **COA No. 02-13-00367-CR**

**LEWIS, GORDON RAY**     **Tr. Ct. No. CR12234**         **PD-0173-15**

On this day, the Appellant's motion for rehearing was rejected for non-compliance with Rule 79.2(c) T.R.A.P.

Abel Acosta, Clerk

DISTRICT ATTORNEY HOOD COUNTY
ROBERT T. CHRISTIAN
HOOD COUNTY JUSTICE CENTER
1200 WEST PEARL STREET
GRANBURY, TX 76048
\* DELIVERED VIA E-MAIL \*

**11/5/2015**  COA No. 02-13-00367-CR
**LEWIS, GORDON RAY**  Tr. Ct. No. CR12234  PD-0173-15

On this day, the Appellant's motion for rehearing was rejected for non-compliance with Rule 79.2(c) T.R.A.P.

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

**11/5/2015**                                          **COA No. 02-13-00367-CR**
**LEWIS, GORDON RAY        Tr. Ct. No. CR12234**                    **PD-0173-15**
On this day, the Appellant's motion for rehearing was rejected for non-compliance
with Rule 79.2(c) T.R.A.P.

Abel Acosta, Clerk

2ND COURT OF APPEALS  CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *

**11/5/2015**                                                        **COA No. 02-13-00367-CR**
**LEWIS, GORDON RAY        Tr. Ct. No. CR12234**              **PD-0173-15**
On this day, the Appellant's motion for rehearing was rejected for non-compliance
with Rule 79.2(c) T.R.A.P.

Abel Acosta, Clerk

MICHAEL W. MINTON
LAW OFFICES OF MICHAEL MINTON, PLLC
6100 WESTERN PLACE
SUITE W0541
FORT WORTH, TX  76107
* DELIVERED VIA E-MAIL *